PER CURIAM.

(No. 75-CC-696—

MOTOROLA, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 11, 1975.*

MOTOROLA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-703—

MILDRED C. JAMISON, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1975.*

MILDRED C. JAMISON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.